FILED
MAR 27 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COSCO BULK CARRIER CO. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>EAST SUCCESS SHIPPING LTD., *in personam*, and M/V YUN TONG HAI, *in rem*.<br><br>Defendants. | At Law or In Admiralty<br><br>No. C09 5169 RJB<br><br>ORDER FOR ISSUANCE OF WARRANT FOR ARREST |

After reviewing the documents filed here, it is hereby:

**ORDERED** that a Warrant For Arrest of the vessel M/V YUN TONG HAI be issued forthwith.

///

///

///

///

09-CV-05169-ORD

ORDER FOR ISSUANCE OF WARRANT FOR ARREST – Page 1

LE GROS BUCHANAN
& PAUL
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990

27273 kc250407

DATED this 27 day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE/~~MAGISTRATE~~

Presented By:

LEGROS BUCHANAN & PAUL

By: _Austin Hamilton_, WSBA 40751 on behalf of
Eric R. McVittie, WSBA 20538
Attorneys for Plaintiff

ORDER FOR ISSUANCE OF WARRANT FOR ARREST – Page 2

LE GROS BUCHANAN
& PAUL
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990

27273 kc250407