1

2



FILED _____ LODGED
_____ RECEIVED

MAR 2 7 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

09-CV-05169-ORD

6

7

8

9

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

10

COSCO BULK CARRIER CO. LTD.,

11

Plaintiff,

12

v.

13

EAST SUCCESS SHIPPING LTD., *in personam*, and
M/V YUN TONG HAI, *in rem*.

14

15

Defendants.

At Law or In Admiralty

No. **C09  5169**RJB

**ORDER APPOINTING SUBSTITUTE CUSTODIAN**

16

17

    Plaintiff, COSCO BULK CARRIER CO. LTD., by and through its attorney of record,

18

makes the following recitals:

19

    1.    On March 26, 2009 the Complaint herein was filed, praying that the defendant

20

vessel M/V YUN TONG HAI Official No. 8801022 , her engines, machinery, and

21

appurtenances, be condemned and sold to pay plaintiff's claim; and for other proper relief.

22

    2.    In the immediate future, the Clerk of this Court is expected to issue a Warrant

23

for Arrest, commanding the United States marshal for this District to arrest and take into

ORDER APPOINTING SUBSTITUTE CUSTODIAN – Page 1

LE GROS BUCHANAN
& PAUL
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990

27273 kc250404

custody the defendant vessel and to detain the same in his custody until further order of this Court.

3. After the Clerk of this Court issues the Warrant for Arrest, the United States Marshal will seize the defendant vessel forthwith.

4. The fees, expenses, and moorage/anchorage charged by the substitute custodian will be less that the cost of leaving the vessel in the custody of the United States Marshal.

5. The defendant vessel is currently in route to a pier at Port of Tacoma, Washington. The proposed Substitute Custodian has made arrangements to keep the vessel at anchorage in Tacoma, Washington during the period of arrest. After arrest, it may be necessary to move the vessel to another suitable place of anchorage.

6. Plaintiff has requested that John Baker and/or Buck Fowler, Jr., on behalf of Marine Lenders Services LLC, be named as substitute custodian and allowed to assume the responsibility of safekeeping defendant vessel.

7. John Baker and/or Buck Fowler, Jr., the proposed substitute custodian, has no interest in the outcome of the action in which the property will be under arrest.

8. The vessel, M/V YUN TONG HAI, will not be moved and no person except the Substitute Custodian will be allowed to enter the vessel except as necessary to adequately sake-keep and protect the property, and except as may be expressly ordered by the Court.

9. The plaintiff, through the proposed substitute custodian has obtained the insurance coverage required by the Supplementary Admiralty Rules. Indeed, John Baker and Buck Fowler, Jr., avers that he is the beneficiary of adequate substitute custodian

ORDER APPOINTING SUBSTITUTE CUSTODIAN – Page 2

Le Gros Buchanan & Paul
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990

27273 kc250404

insurance to respond to claims for loss of or damage to the defendant vessel and for damage

sustained by third parties during the custody of the vessel, that insurance by Great American

Insurance Co., under Policy No. OMH5405276 with policy limits of $2,000,000 for damage

sustained by third parties due to negligence committed during said custody. A copy of the

Certificate of Liability Insurance is attached to his Affidavit.

10.     In consideration for the appointment of John Baker and/or Buck Fowler, Jr. as

substitute custodian, plaintiff agrees to release the United States and the United States

Marshal from any and all liability and responsibility arising out of care and custody of the

defendant vessel, her engines, machinery, and appurtenances, etc., from the time the United

States Marshal transfers possession of the said vessel over to said substitute custodian until

the property is released or sold. Plaintiff further agrees to hold harmless and indemnify the

United States and the United States Marshal from any and all claims whatsoever arising out

of the substitute custodian's possession and safekeeping, including but not limited to any

liability and responsibility arising from crewmembers living aboard the vessel and with

regard to repairs to and testing of the vessel, its engines and equipment during the pendency

of the arrest. Furthermore, plaintiff agrees to pay the fees of the substitute custodian and any

moorage charges.

11.     John Baker and/or Buck Fowler, Jr., accepts appointment as substitute

custodian and possession of vessel M/V YUN TONG HAI and will safely keep the property

for the duration of the appointment as substitute custodian.

**THEREFORE, IT IS ORDERED** that the United States Marshal for the Western

District of Washington is authorized, upon seizure of said defendant vessel, pursuant to

ORDER APPOINTING SUBSTITUTE CUSTODIAN – Page 3

LE GROS BUCHANAN
& PAUL
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990

27273 kc250404

Warrant for Arrest, to surrender the possession thereof to John Baker or Buck Fowler, Jr. as substitute custodian named herein, and that upon such surrender the United States Marshal shall be discharged from the duties and responsibilities for the safekeeping of said vessel and held harmless from any and all claims arising out of said custodial services.

**IT IS FURTHER ORDERED** that John Baker and/or Buck Fowler, Jr. is appointed custodian of the defendant vessel and shall retain the vessel in its custody for possession and safekeeping, subject to the terms of the Warrant for Arrest issued in this matter, until further order of this Court.

**IT IS FURTHER ORDERED** that the substitute custodian may permit boarding and inspection of the defendant vessel by marine surveyors, representatives of plaintiff and prospective purchasers in order to determine the vessel's condition and value. All costs of such boardings and inspections shall be paid by plaintiff and may, upon further Order of this Court, be deemed administrative costs herein.

**IT IS FURTHER ORDERED** that plaintiff's attorney serve a copy of this Order on the owner of defendant vessel.

**IT IS FURTHER ORDERED** that the Clerk of this Court deliver three certified copies of this Order to the United States Marshal forthwith.

DATED this 27th day of March, 2009.

UNITED STATES DISTRICT JUDGE

ORDER APPOINTING SUBSTITUTE CUSTODIAN – Page 4

Le Gros Buchanan
& Paul
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990

27273 kc250404

Presented By:

LEGROS BUCHANAN & PAUL

By: _[signature]_, WSBA 40451, on behalf of
Eric R. McVittie, WSBA 20538
Attorneys for Plaintiff

Approved for Entry:

William J. Hawe

UNITED STATES MARSHAL
Western District of Washington
For: _[signature]_

**ORDER APPOINTING SUBSTITUTE CUSTODIAN – Page 5**

LE GROS BUCHANAN
& PAUL
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990

27273 kc250404